# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**PEDRO JOSE ORTIZ DIAZ**
**aka PEDRO J ORTIZ DIAZ, aka PEDRO J ORTIZ JR**

xxx–xx–6901

Debtor(s)

Case No. **14–02349 MCF**

Chapter **13**

**FILED & ENTERED ON 2/3/15**

### ORDER

Trustee's objection to claim #15 filed by ANDERSON FINANCIAL SERVICES OF PR (docket entry #45), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, February 3, 2015 .

Mildred Caban Flores
United States Bankruptcy Judge